IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN P. BAKER,<br>    *Plaintiff,*<br><br>    v.<br><br>SPECIAL AGENT DANA WARD,<br>    *Defendant.* | Civil No. 23-1001 |

### ORDER

**AND NOW**, this 8th day of July 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 29) and Plaintiff's response, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
MARY KAY COSTELLO, J.